# Third District Court of Appeal

## State of Florida

Opinion filed September 21, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1363
Lower Tribunal No. F93-30742B

————————

**Recondall Wiggins,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Recondall Wiggins, in proper person.

Ashley Moody, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before MILLER, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.  See York v. State, 313 So. 3d 707, 709 (Fla. 2d DCA 2020) ("Where a sentence has been completed, any errors in that sentence are typically rendered moot.").